UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. EDCV 24-1563-MWF (JPR) | Date: September 23, 2024 |

Title: Devin Kyle Wade v. Central District of California

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:
Rita Sanchez

Court Reporter:
Not Reported

Attorneys Present for Petitioner:
None Present

Attorneys Present for Respondent:
None Present

**Proceedings (In Chambers):** ORDER DISMISSING ACTION FOR FAILING TO REFILE *IN FORMA PAUPERIS* REQUEST OR PAY FILING FEE

On August 7, 2024, the Court issued an Order explaining that it was unclear from Petitioner's filings, including his request to proceed *in forma pauperis* ("Request"), whether he is a prisoner. (Docket No. 5). As such, Petitioner was directed to either refile a fully completed Request on the form corresponding to his custody status or pay the filing fee. (*Id.*). The Court warned that failure to comply within thirty (30) days would result in dismissal of this action without prejudice. (*Id.*).

To date, Petitioner has not responded to the Order. Accordingly, this action is **DISMISSED** without prejudice. *See, e.g., Dumphy v. CDC*, 2008 WL 4344767, at *1 (S.D. Cal. Sept. 23, 2008) (federal court cannot proceed on habeas petition until petitioner has paid fee or qualified for *in forma pauperis* status, and properly dismisses action without prejudice if petitioner fails to do either).

IT IS SO ORDERED.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.